# FIRST DISTRICT COURT OF APPEAL
# STATE OF FLORIDA

_____

No. 1D18-3978
_____

J.C., Mother of I.M. and S.R.,
Minor Children,

    Appellant,

    v.

DEPARTMENT OF CHILDREN AND
FAMILIES,

    Appellee.
_____

On appeal from the Circuit Court for Leon County.
Jonathan Sjostrom, Judge.


April 5, 2019


PER CURIAM.

    AFFIRMED.

WETHERELL, RAY, AND WINSOR, JJ., CONCUR.

_____

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____

Crystal M. Frusciante, Office of Criminal Conflict and Civil Regional Counsel, Region One, Sunrise, for Appellant.

Sarah J. Rumph, Department of Children and Families, Tallahassee, for Appellee.

Joanna Summers Brunell, Thomasina F. Moore, and Sara Goldfarb, Guardian Ad Litem Program, Tallahassee, for Guardian Ad Litem Program.